**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LOFTEX HOME, LLC,

        Plaintiff,

        v.

NY LOFT, LLC,

        Defendant.

C.A. No. 1:26-cv-02448-PAE

**NOTICE OF UNOPPOSED MOTION TO STAY PROCEEDINGS**

---

    **PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law, dated May 29, 2026, Defendant NY Loft, LLC, by their counsel Bernstein, Shur, Sawyer & Nelson, P.A., and without opposition from Plaintiff, hereby moves this Court for entry of an Order staying this action in its entirety.

Dated:  May 29, 2026

Respectfully submitted,

*/s/ Joshua I. Burger-Caplan*
Joshua I. Burger-Caplan
Bernstein Shur, Sawyer & Nelson, P.A.
100 Middle Street
Portland, ME  04101
Tel.:  (207) 774-1200
Email:  jburger@bernsteinshur.com

*Attorneys for Defendant NY Loft, LLC*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2026
    New York, New York